DECEMBER 19, 1949.*

*Per Curiam Decisions.*

No. 464.   O. C. WILEY & SONS, INC. *v.* UNITED STATES ET AL.                                         *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *W. G. Burnette* for appellant.   *Solicitor General Perlman* and *Daniel W. Knowlton* for appellees.

No. 473.   UNITED STATES *v.* STEFFAN.

*Per Curiam:* The judgment is reversed. *United States* v. *Shoreline Cooperative Apartments,* 338 U. S. 897.   *Solicitor General Perlman* for the United States.

*Miscellaneous Orders.*

No. 12, Original.   UNITED STATES *v.* LOUISIANA; and

No. 13, Original.   UNITED STATES *v.* TEXAS.   The supplemental motion of Annie C. Lewis et al. for leave to file bill of complaint is denied.   MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 235, Misc.   FOLEY *v.* MAJOR, CHIEF JUDGE, ET AL. The motion for leave to file petition for writ of mandamus is denied.

No. 242, Misc.   MONTGOMERY *v.* NORTH CAROLINA. The motion for leave to file petition for writ of habeas corpus is denied.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.